ATTORNEY'S NAME: Mura, William E 09834
AND ADDRESS: 320 N Carrollton Avenue, Suite 200, New Orleans, LA 70119-1848

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-00643       DIVISION: B       SECTION: 05

**STEWART, TYCIN**

Versus

**WALMART, INC.**

### CITATION

TO: **WALMART INC**
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS C T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 1, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Celeste Davis, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **WALMART INC** THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS C T CORPORATION SYSTEM<br><br>Returned the same day<br>No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>____ / ENTERED / ____<br>PAPER   RETURN<br>____ / ____ / ____<br>SERIAL NO.   DEPUTY   PARISH | On this ____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **WALMART INC** THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS C T CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **WALMART INC** being absent from the domicile at time of said service.<br><br>Returned the same day<br>No. _____<br>Deputy Sheriff of _____ |

ID: 10625596       Page 1 of 1

**EXHIBIT A**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

NO. 2021-643     STATE OF LOUISIANA     DIVISION B-5

TYCIN STEWART

VERSUS

WALMART, INC.

FILED: _____     _____
                                              DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of TYCIN STEWART, a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana.

I.

Made defendant herein is WALMART, INC., a foreign corporation authorized to do and doing business in the Parish of Orleans, State of Louisiana is liable unto petitioner for reasonable damages for the following, to-wit:

II.

On or about the 12th day of February, 2020, your petitioner, TYCIN STEWART was a customer at Defendant's Walmart Store 1163, located at 4001 Behrman Place, in the Parish of Orleans, State of Louisiana. As petitioner was walking in Defendant's store she slipped and fell due to water coming from a leaking ceiling. Petitioner's fall caused injuries and damages to your petitioner.

III.

Pursuant to Louisiana Code of Civil Procedure article 893, the petitioner TYCIN STEWART states her individual damages may exceed the specific amount of damages necessary to establish the right to a jury trial.

The petitioner, however, reserves her right to supplement and/or amend this paragraph of her Petition, as the nature and/or extent of her injuries and resultant damages may change.

IV.

As a result of said accident, TYCIN STEWART, petitioner herein, was caused personal injuries.

V.

The above described accident and ensuing injuries to your petitioner were caused by no fault of her own but solely by the negligence of defendant, in the following but not necessarily exclusive, acts and/or omissions of negligence:

1. Failure to properly maintain premises;
2. Failure to warn its customers of known dangerous/hazardous conditions;
3. Failing to adequately inspect its property and/or premises for hazardous conditions;
4. Placing customers in a perilous situation by lack of inspection, repair and/or maintenance of the ceiling;
5. Failure to correct a known hazardous condition;
6. Failure to protect customer from a known dangerous situation;
7. Failure to keep its aisles and floors in a safe condition; and
8. Any and all other acts of negligence which will be learned through discovery.

VI.

Petitioner, TYCIN STEWART itemizes her damages as follows:

1. Past, present and future physical and mental pain and suffering;
2. Medical expenses, past and future; and
3. Any and all other damages which may develop or be learned through discovery that will be proved at the trial hereof.

VII.

Petitioner avers amicable demand without avail.

VIII.

Petitioner requests service of citation on named defendant.

IX.

Pursuant to L.C.C.P. Article 1572, petitioner asks this Court for written notice ten (10) days in advance of the date fixed for the Trial or hearing of any Exception, Motion, Rule or Trial on the Merits, in the captioned proceeding, pursuant to L.C.C.P. Articles 1913 and 1914, and requests immediate notice of all Interlocutory and Final Orders and Judgments or Exceptions, Motions, Rules,

or the Trial on the Merits in the captioned proceeding.

WHEREFORE, petitioner prays that defendant, WALMART, INC. be duly served and cited to appear and answer this petition; all as provided by law; that after all legal delays and due proceedings had, there be judgment jointly, severally and in solido against the defendant, WALMART, INC. and in favor of plaintiff, herein, for reasonable damages, with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, along with such other relief as law, equity and the nature of this case shall require.

Respectfully submitted:

_WE [signature]_

WILLIAM E. MURA, JR. (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 N. Carrollton Avenue, Suite 200
New Orleans, LA 70119
Telephone: (504) 483-3400
Facsimile: (504) 483-3447

**PLEASE SERVE:**

WALMART, INC.
Through its Registered Agent for Service of Process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, La 70816

A TRUE COPY

[signature]
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3